UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.F. and M.F., individually and on behalf of Y.F.,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

25-CV-3227 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Counsel for both parties shall file a jointly proposed briefing schedule within 21 days after service of the complaint.

    If opposing counsel has not filed an appearance on ECF, appearing counsel shall serve a copy of this order on opposing counsel within seven days.

    SO ORDERED.

Dated: April 29, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge